# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

HAROLD G. FURLONG,

    Plaintiff

**V.**                         Case No. 05-4321-CV-C-REL-SSA

JO ANNE B. BARNHART,

    Defendant

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's motion for fees in the amount of $3,939.60 pursuant to the Equal Access to Justice Act is granted. The fees should be made payable to Attorney Karen Kraus Bill.

                                                P. L. BRUNE
                                                CLERK OF COURT

                                                _/s/ Bonnie J. Rowland_
                                                (By) Deputy Clerk